IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| OCTAVIOUS WILLIAMS, | * |
| Petitioner, | * |
| v. | Case No. : 1:25-CV-177 (LAG) |
| | * |
| WARDEN DESHAWN JONES, | |
| | * |
| Respondent. | |
| | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated December 30, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 30th day of December, 2025.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk